UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK M. ZANECKI, personal
representative of the Estate of Richard
Zanecki, deceased,

    Plaintiff,

v.

HEALTH ALLIANCE PLAN OF DETROIT
d/b/a HAP SENIOR PLUS and UNITED
STATES OF AMERICA,

    Defendants.
                                             /

Case No. 12-13234

Honorable Nancy G. Edmunds

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [54]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [54]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and Plaintiff's objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is FURTHER ORDERED that Defendants' motions to dismiss [32, 34] are GRANTED, Defendant HAP's motion to preclude Mark Zanecki from engaging in the unauthorized practice of law [48] is DENIED AS MOOT, and Plaintiff's Amended Complaint is DISMISSED for lack of subject-matter jurisdiction.

    SO ORDERED.

                          s/Nancy G. Edmunds
                          Nancy G. Edmunds
                          United States District Judge

Dated: June 11, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 11, 2013, by electronic and/or ordinary mail.

                                               s/Johnetta M. Curry-Williams  
                                               Case Manager  
                                               Acting in the Absence of Carol Hemeyer